UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

**JOYCE JUDY,**
        **Plaintiff,**

  versus

**ROBERT E. SCHACHT,**
        **Defendant.**

Civil Action N$^o$ 3:11-cv-662
COMPLAINT

For her complaint against Robert E. Schacht, JOYCE JUDY states as follows:

1.    JOYCE JUDY, Plaintiff, is an individual resident of the State of Arkansas.

2.    ROBERT E. SCHACHT, Defendant, is an individual resident of Iredell County in the State of North Carolina.

3.    The amount in controversy, without interest and costs, is One Million Dollars, which exceeds the sum specified by 28 U.S.C. § 1332.

4.    On November 18, 2009, in Iredell County, North Carolina, ROBERT E. SCHACHT took possession of, trespassed upon, and converted to his own use property possessed by the plaintiff; the property consisted of One Million Dollars cash in a single, specific account at Bank of America; the conversion was effected by a wire transfer.

5.    Therefore, the plaintiff demands judgment against the defendant for One Million Dollars, plus costs.

DATE: _____

s/ Drake Mann
Peter Drake Mann, Arkansas Bar No. 87108
Attorney for plaintiff
GILL ELROD RAGON OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
mann@gill-law.com
Telephone: (501) 376-3800
Facsimile: (501) 372-3359

          Application contemporaneously made for admission
          *pro hac vice*

          and

          s/ Joan M. Waldron
          Joan M. Waldron
          Attorney for plaintiff
          Hufham Dantism & Waldron, PLLC
          216 North McDowell Street, Suite 204
          Charlotte, NC 28204
          joan@hdwlaw.com
          Telephone: (704) 307-2275
          Facsimile: (704) 665-5787

I confirm (1) that the content of this document is acceptable to all persons required to sign the document and (2) that all such persons have given their explicit consent for me to affix their respective signatures as an "s/(attorney name)" and to submit the document electronically.

s/ Joan M. Waldron